UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YAN GIMELFARB,

    Plaintiff,

    v.

HONORABLE SUSAN ILLSTON,

    Defendant.
_____/

No. C 13-3520 PJH

**JUDGMENT**

    The court having dismissed the complaint in the above-entitled action as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915, and the dismissal having been with prejudice,

    it is Ordered and Adjudged

    that plaintiff Yan Gimelfarb take nothing, and that the action be dismissed.

    **IT IS SO ORDERED.**

Dated: August 30, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge